[No. 45828-1-I.   Division One.   February 5, 2001.]

KATHY RIVERS, *Appellant*, v. WASHINGTON STATE CONFERENCE OF MASON CONTRACTORS, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 98-2-08235-6, Donald D. Haley, J., entered May 6 and December 3, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox and Appelwick, JJ.

[No. 46143-5-I.   Division One.   February 5, 2001.]

HAROLD C. MORRIS, *Appellant*, v. KELLY HALL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-01297-8, Michael F. Moynihan, J., entered April 2, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45734-9-I.   Division One.   February 5, 2001.]

*In the Matter of the Parentage of* D.K.
MARK S. NEGRIE, *Respondent*, v. KATHI J. KEMPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-5-01466-3, Richard A. Jones, J., entered November 18, 1999. *Reversed* by unpublished opinion per Webster, J., concurred in by Cox and Appelwick, JJ.

[No. 45194-4-I.   Division One.   February 5, 2001.]

*In the Matter of the Personal Restraint of* TED MICHAEL WILLIAMS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01415-0, Anthony P. Wartnik, J., entered August 20, 1999, denying relief from personal restraint following a reference hearing. *Affirmed* by unpublished per curiam opinion.